UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BARRY ROSENTHAL,

                Plaintiff,

-vs-                                            Case No.  5:05-cv-418-Oc-10GRJ

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

## **O R D E R**

The United States Magistrate Judge has issued a report (Doc. 7) recommending that the Commissioner of Social Security's Motion to Dismiss or in the Alternative Motion for Summary Judgment (Doc. 5) be granted. The Plaintiff has not objected to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.

Upon an independent examination of the file and upon due consideration, the report and recommendation of the Magistrate Judge (Doc. 7) is adopted, confirmed and made a part hereof, and the Commissioner's Motion to Dismiss or in the Alternative Motion for Summary Judgment (Doc. 5) is GRANTED. The Clerk is DIRECTED to enter judgment accordingly, terminate any pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 5th day of May, 2006.

*[signature]*
UNITED STATES DISTRICT JUDGE

Copies to: Hon. Gary R. Jones
Counsel of Record